Name and address:

Gordon E. Gray III, SBN 175209
GRAY LAW FIRM
4401 N. Atlantic Ave.
Long Beach, CA 90807

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUSTIN SMITH

Plaintiff(s),

v.

EXTREME PERFORMANCE 1, LLC

Defendant(s),

CASE NUMBER

5:20-cv-00328-RGK-SHK

## APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED****. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $400 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Johnson, Jeffrey W.
*Applicant's Name (Last Name, First Name & Middle Initial)* *check here if federal government attorney* ☐

Schmeiser, Olsen & Watts LLP
*Firm/Agency Name*

18 E. University Dr., Ste. 101
*Street Address*

480-655-0073
*Telephone Number*

480-655-9536
*Fax Number*

Mesa, AZ, 85201
*City, State, Zip Code*

jjohnson@iplawusa.com
*E-mail Address*

**I have been retained to represent the following parties:**

JUSTIN SMITH ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

______ ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| U.S. District Court, District of AZ | 05/30/2010 | Yes |
| U.S. District Court, Western District of MI | 11/22/2005 | Yes |
| U.S. Court of Appeals for the Fed. Circuit | 11/15/2017 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated May 5, 2020

**Jeffrey W. Johnson**
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Gray, Gordon E. III
*Designee's Name (Last Name, First Name & Middle Initial)*

Gray Law Firm
*Firm/Agency Name*

4401 N. Atlantic Ave.

*Street Address*

Long Beach, CA, 90807
*City, State, Zip Code*

562-984-2020
*Telephone Number*

*Fax Number*

geg@grayiplaw.com
*Email Address*

175209
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated May 13, 2020

Gordon E. Gray III
*Designee's Name (please type or print)*

[signature]
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

United States Court of Appeals for the Ninth Circuit - Admitted 03/27/2020 - Currently in good standing

State of Michigan (Supreme Court and inferior courts of Michigan) - Admitted 11/22/2005 - Currently in good standing

State of Arizona (Supreme Court and inferior courts of Arizona) - Admitted 01/23/2007 - Currently in good standing

**CERTIFICATE OF THE CLERK OF THE SUPREME COURT**
**OF THE**
**STATE OF ARIZONA**

---

*I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

***JEFFREY WILLIAM JOHNSON***

*was on the 23rd day of January, 2007 was duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 14th day of April, 2020.*

*JANET JOHNSON, Clerk*

*By* ______________________

*Liz Gomez*
*Deputy Clerk II*

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JEFFREY WILLIAM JOHNSON** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on January 23, 2007 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this April 10, 2020.

Michelle R. Martinez
Disciplinary Clerk

**THE SUPREME COURT of the STATE OF MICHIGAN**

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Jeffrey William Johnson*

was admitted to the practice of law in the courts of the State of Michigan on

*November 22, 2005*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and
affix the seal of the Michigan Supreme
Court on this date: April 27, 2020

Clerk